1  PETER A. STROTZ, Bar No. 129904
       pstrotz@filicebrown.com
2  **FILICE BROWN EASSA & McLEOD LLP**
   1999 Harrison Street, Suite 1800
3  Oakland, California  94612-3520
   Telephone:    510.444.3131
4  Facsimile:    510.839.7940

5  Attorneys for Defendants
   ASTRAZENECA LP and
6  ASTRAZENECA PHARMACEUTICALS LP

7

8              **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

10

11  CAROLYN HARRISON, et al.,            Case No. 3:09-cv-04151-JSW

12              Plaintiffs,
                                         **[PROPOSED] ORDER GRANTING MOTION
13  v.                                   TO STAY OF ALL PROCEEDINGS PENDING
                                         TRANSFER TO MULTIDISTRICT
14  ASTRAZENECA LP, ASTRAZENECA          LITIGATION**
    PHARMACEUTICALS LP, MCKESSON
15  CORPORATION,

16              Defendants.

17          Having considered the parties Motion for Administrative Relief, Continuing Staying of

18  All Proceedings Reconsideration of Pending Multidistrict Litigation Transfer, PURSUANT TO

19  STIPULATION, IT IS SO ORDERED.  All pretrial proceedings, including Case

20  Management deadlines and the deadline for filing responsive pleadings, are hereby STAYED

21  pending a final transfer decision by the Judicial Panel on Multidistrict Litigation.  Defendants will

22  file any responsive pleadings, including responses to the Complaint, with the appropriate Court

23  within 20 days of the issuance of the final transfer order or the lifting of the stay, whichever

24  occurs first.

25          Signed this _23_ day of _February_____, 2010 at San Francisco, California.

26

27                                       _____
                                         Judge of the United States District Court
28

                                   - 1 -                      04367 35033 ODUNLAP  626693.1
                              **[PROPOSED] ORDER**
                   **UNITED STATES DISTRICT COURT CASE NO. 3:09-CV-04151-JSW**